226 So.2d 773

## Davis LITTLETON

v.

## ARROW FOOD DISTRIBUTOR, INC., et al.

No. 50027.

Oct. 8, 1969.

In re: Arrow Food Distributor, Inc., et al applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Rapides. 224 So.2d 131.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

226 So.2d 773

## Francis C. BIENVENU

v.

## Mr. C. Murray HENDERSON, Warden Louisiana State Penitentiary, Angola, Louisiana.

No. 50148.

Oct. 10, 1969.

In re: Francis C. Bienvenu applying for writ of habeas corpus.

Writ granted. The relator is ordered discharged forthwith. See order.

It is ordered, that the Honorable C. Murray Henderson, Warden, Louisiana State Penitentiary, Angola, Louisiana, release and discharge the Relator forthwith.